258

Flaubert MBONGO; Charlotte
J. Dikongue, Plaintiffs–
Appellants,

v.

JP MORGAN CHASE BANK, N.A.;
Wells Fargo Bank, N.A.,
Defendants–Appellees.

No. 13–2115.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 23, 2014.

Decided: Jan. 27, 2014.

Flaubert Mbongo, Charlotte J. Di-
kongue, Appellants Pro Se. John Sears
Simcox, Simcox & Barclay, Annapolis, Ma-
ryland, for Appellees.

Before WILKINSON and DIAZ, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Flaubert Mbongo and Charlotte Di-
kongue appeal the district court's order
granting summary judgment to the Defen-
dants in their civil action related to a
mortgage modification plan under the fed-
eral Home Affordable Modification Pro-
gram (HAMP). We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Mbongo v. JP Mor-*

*gan Chase Bank, N.A.*, No. 8:12–cv–00872–
PJM, 2013 WL 4052823 (D.Md. Aug. 9,
2013). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*AFFIRMED.*